FILED

01/06/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0195

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0195

STATE OF MONTANA,

Plaintiff and Appellee,

v.

JONATHAN WILLIAM PRESLEY,

Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until February 6, 2023, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 6 2023